MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California 95814
Telephone: (916) 498-9258
FAX:       (888) 567-2949

mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
MOSSAB AL HARASEES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-S-019 TLN |
| Plaintiff, | **DEFENDANT'S STATUS MEMORANDUM** |
| v. | |
| | Date: March 6, 2019 |
| | Time: 9:30 a.m. |
| | Judge: Troy L. Nunley |
| MOSAB AL HARASEES | |
| Defendant. | |

Defense counsel has discussed the following with government counsel in advance of the current status[1].

Defense counsel desire to re set a status conference in this matter for 3 weeks hence. Defense counsel is assembling the factual documentation of when and where the defendant has been living and working and traveling the past several years. This is in support of a potential motion on the 2nd Amendment

---

[1] Defense counsel has been in a federal trial in the Eastern District since February 19, 2019 and this was the first opportunity to file this Memorandum.

application to the current charges. The 9th Circuit addressed a similarly presented issue–whether an illegal alien has the 2nd Amendment right to gun possession–very recently in the published opinion of *United States v. Torres*. 911 F. 3d 1253 (9th Cir 2019) January 8, 2019. There, the person had been deported several times and was thereafter found in possession of a gun. The 9th Circuit left open the remaining issues, which include the facts here where this defendnat was here lawfully, was ordered removed after an extensive period of time here but ordered removed based upon the expiration of his VISA time limits, and thereafter was in possession of a firearm.

Defense counsel has spoken with government counsel and desires a period of three weeks to provide this documentation set forth above and an argument on the applicable law, in an informal attempt at resolution. If the matter needs a briefing schedule the parties can set that before the future status hearing.

DATED: March 7 2019

*Mark J. Reichel*
MARK J. REICHEL