MARK J. REICHEL, State Bar #155034
Attorney at Law
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone (916) 548-7398

Attorney for MOSAB AL HARASEES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0019 TLN |
| Plaintiff, | STUPULATION CONTINUING STATUS CONFERENCE; ORDER |
| v. | DATE: May 9, 2019 |
| MOSAB AL HARASEES | TIME: 9:30 a.m. |
| Defendants. | HON TROY L. NUNLEY |

**STIPULATION TO CONTINUE STATUS CONFERENCE**

The parties agree and stipulate that the status conference in this matter will be continued to the date of May 9, 2019, at 9:30 a.m.. Defense counsel continues to review discovery, request additional documents via discovery from the government, interview witnesses, conduct legal research, and prepare the matter for further proceedings in the case.

Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. Based on the above-stated agreements, the parties further agree that the ends

1

of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the parties agree that the time period of April 10, 2019 to May 9, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The undersigned parties below agree and consent to this stipulation.

Dated: April 9, 2019

By: *MARK J. REICHEL*

Attorney for Defendant Al HARASEES

McGREGOR SCOTT
United States Attorney

*Heiko Coppola*
_____
HEIKO COPPOLA
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED**.

Dated: April 9, 2019

_____
Troy L. Nunley
United States District Judge