McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0019 TLN |
|---|---|
| Plaintiff, | ORDER DISMISSING COUNTS TWO AND THREE OF THE INDICTMENT |
| v. | |
| MOSAB MOHAMMAD SALMAN AL HARASEES, | |
| Defendants. | |

Pursuant to the motion of the United States, the Court hereby dismisses Counts Two and Three of the Indictment without prejudice.

Dated: November 12, 2019

_____
Troy L. Nunley
United States District Judge

MOTION TO DISMISS COUNTS TWO AND THREE          1