1  MARK J. REICHEL, State Bar #155034
   Attorney at Law
2  455 Capitol Mall, Ste. 802
   Sacramento, CA 95814
3  Telephone: (916) 498-9258

4  Attorney for MOSAB AL HARASEES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0019 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DATE FOR CHANGE OF PLEA |
| v. | DATE: January 9, 2020 |
| MOSAB AL HARASEES | TIME: 9:30 a.m. |
| Defendants. | HON TROY L. NUNLEY |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, that the date for the CHANGE OF PLEA OR STATUS CONFERENCE shall be re calendared for January 9, 2020, at 9: 30 a.m.,

Defense counsel needs the additional time to review discovery, explore potential defenses, and conduct legal research and factual development. Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through January 9, 2020, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161

1

(H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Defense counsel Mark Reichel has personally spoken with the defendant and hereby avers to the court that defendant understands the matters occurring in this Stipulation and avers that the defendant personally agrees to the new court dates set forth herein.

December 18, 2019

*MARK REICHEL*

Attorney for Defendant

MCGREGOR SCOTT
United States Attorney

*/s/ Heiko Coppola*
_____
HEIKO COPPOLA
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**.  TIME IS EXCLUDED AS SET FORTH ABOVE.

Dated: December 18, 2019

_____
Troy L. Nunley
United States District Judge