MARK J. REICHEL, State Bar #155034
Attorney at Law
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for MOSAB AL HARASEES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MOSAB AL HARASEES<br>                Defendants. | CASE NO. 2:19-CR-0019 TLN<br><br>STIPULATION TO CONTINUE DATE FOR CHANGE OF PLEA<br><br>DATE: February 27, 2020<br>TIME: 9:30 a.m.<br>HON TROY L. NUNLEY |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, that the date for the CHANGE OF PLEA OR STATUS CONFERENCE shall be re calendared for February 27, 2020, at 9:30 a.m.

Defense counsel needs the additional time to review discovery, explore potential defenses, and conduct legal research and factual development. Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 27, 2020, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §

1

3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Defense counsel Mark Reichel has personally spoken with the defendant and hereby avers to the court that defendant understands the matters occurring in this Stipulation and avers that the defendant personally agrees to the new court dates set forth herein.

January 29, 2020

*MARK REICHEL*

Attorney for Defendant

MCGREGOR SCOTT
United States Attorney

*/s/ Heiko Coppola*

_____
HEIKO COPPOLA
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED**. TIME IS EXCLUDED AS SET FORTH ABOVE.

Dated: January 30, 2020

_____
Troy L. Nunley
United States District Judge