McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00019 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SPECIAL CONDITIONS OF SUPERVISED RELEASE; ORDER |
| v. | DATE: August 27, 2020 |
| MOSAB MOHAMMAD SALMAN AL HARASEES, | TIME: 9:30 a.m. |
|  | COURT: Hon. Troy L. Nunley |
| Defendant. | |

## BACKGROUND

On August 27, 2020, defendant Mosab Mohammad Salman Al Harasees was sentenced to 30 months incarceration, payment of the special assessment, forfeiture of firearms, and a 24 month term of supervised release, if he is not deported to his native country.

## STIPULATION

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   The Court ordered special conditions as part of the defendant's term of supervised release, if he is not deported.

///

///

STIPULATION REGARDING HEARING               1

2. The special conditions attached in Exhibit A and prepared by the United State Probation Officer are appropriate and should be incorporated into the defendant's judgment and commitment.

IT IS SO STIPULATED.

Dated:  August 27, 2020                          MCGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/ HEIKO P. COPPOLA
                                                 HEIKO P. COPPOLA
                                                 Assistant United States Attorney

Dated:  August 25, 2020                          /s/ MARK REICHEL
                                                 MARK REICHEL
                                                 Counsel for Defendant
                                                 MOSAB MOHAMMAD
                                                 SALMAN AL HARASEES

## FINDINGS AND ORDER

1. The Court adopts the stipulation of the parties above.

2. Further, the Court specifically finds that the special conditions found in Exhibit A are appropriate and should be included in the defendant's judgment and commitment.

IT IS SO FOUND AND ORDERED this 27th day of August, 2020.

                                                 Troy L. Nunley
                                                 United States District Judge

# EXHIBIT A

**SPECIAL CONDITIONS**

1. The defendant shall submit to the search of her person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

3. The defendant shall follow all lawful directives of Immigration and Customs Enforcement officials in the determination of his legal status in the United States.

**STANDARD CONDITIONS**

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.

4. You must answer truthfully the questions asked by the probation officer.

5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment, you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the Court.

12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.